FILED BY ule D.C.

01 MAR 23 PM 4: 00

ROBERT R. Di TROLIO
CLERK U.S. DIST. CT.
W. OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

CHARLES ROY DEGAN,  JUDGMENT IN A CIVIL CASE

Plaintiff,

v.

PRISON REALTY TRUST d/b/a  CASE NO: 99-2878 M1/A
CORRECTIONS CORPORATION OF
AMERICA and WANDA L. BELLOW,

Defendants.

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the jury verdict rendered on March 22, 2001, judgment is hereby entered for Defendant Wanda L. Bellow and against Charles Roy Degan. Also in accordance with the jury verdicts rendered on March 22 and 23, 2001, judgment is hereby entered in favor of Plaintiff Charles Roy Degan and against Defendant Prison Realty Trust d/b/a Corrections Corporation of America in the amount of Thirty-Five Thousand Dollars ($35,000.00) in compensatory damages and Two Hundred Thousand Dollars ($200,000.00) in punitive damages.

APPROVED:

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

March 23, 2001
Date

ROBERT R. DI TROLIO
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 3/27/01

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 2:99-CV-02878 was distributed by fax, mail, or direct printing on March 27, 2001 to the parties listed.

Tom Anderson
ANDERSON LAW FIRM, PLLC
130-C Stonebridge Blvd.
Jackson, TN 38305

Stuart B. Breakstone
MORTON BREAKSTONE & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

James Allen
US MAGISTRATE JUDGE
167 N. Main St.
Ste. 921
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT