IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHARLES ROY DEGAN, | ) |
| PLAINTIFF, | ) |
| VS. | ) Docket No.: <u>99-cv-2878</u> |
| PRISON REALTY TRUST, INC., d/b/a/ CORRECTIONS CORPORATION OF AMERICA, et al., | ) Judge Bernice Donald<br>Magistrate Tu M. Pham |
| DEFENDANTS. | ) |

## AGREED ORDER

**IT APPEARING** to the satisfaction of the Court that the parties have agreed, as evidenced by the signatures of Stuart Breakstone, Counsel for Plaintiff Charles Roy Degan, and of Tom Anderson, Counsel for Defendant, Corrections Corporation of America, below, that the above-referenced matter should be dismissed. This matter being agreeable with the Court, it is hereby,

**ORDERED**, that this action shall be dismissed with prejudice.

DATED: This the 18 day of September, 2003.

_____
HONORABLE BERNICE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-19-03

171

**APPROVED FOR ENTRY:**

**MORTON, BREAKSTONE & GERMANY, PLLC**

BY: _____
**MR. STUART BREAKSTONE**
Attorney for Plaintiff
200 Jefferson Avenue – Suite 725
Memphis, Tennessee 38103
(901) 323-8048

**ANDERSON LAW FIRM, P.L.L.C.**

BY: _____
**MR. TOM ANDERSON**
Attorney for Defendant,
  CCA
130-C Stonebridge Blvd.
Jackson, Tennessee 38305
(731) 664-8313

2.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 171 in case 2:99-CV-02878 was distributed by fax, mail, or direct printing on September 19, 2003 to the parties listed.

---

Tom Anderson
ANDERSON LAW FIRM, PLLC
130-C Stonebridge Blvd.
Jackson, TN 38305

Stuart B. Breakstone
LAW OFFICE OF STUART PREAKSTONE
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Aubrey L. Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Tu M. Pham
U.S. MAGISTRATE JUDGE
167 N. Main
Rm. 934
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT