UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

03 SEP 25 PM 4:43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

Charles Roy Degan,

    Plaintiff,

VS.                                     Civil No. 99-2878-D

Prison Realty Trust, Inc.,
d/b/a Corrections Corporation
of America, et al.

    Defendants.

## JUDGMENT IN CIVIL CASE

   Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in accordance with the provisions as set forth in the Agreed Order, entered September 19, 2003, this case is hereby DISMISSED with prejudice.

_(signature)_
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

September 25, 2003
Date

ROBERT R. DI TROLIO
Clerk

_Earline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-26-03

172

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 172 in case 2:99-CV-02878 was distributed by fax, mail, or direct printing on September 26, 2003 to the parties listed.

---

Tom Anderson
ANDERSON LAW FIRM, PLLC
130-C Stonebridge Blvd.
Jackson, TN 38305

Stuart B. Breakstone
LAW OFFICE OF STUART PREAKSTONE
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Aubrey L. Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Tu M. Pham
U.S. MAGISTRATE JUDGE
167 N. Main
Rm. 934
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT